

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-94,535-01

### EX PARTE MICHAEL DEIONDRE BOWEN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. WRIT12282 IN THE 354TH DISTRICT COURT FROM HUNT COUNTY

*Per curiam. Slaughter, J., filed a concurring opinion.*

## O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Bowen v. State*, No. 05-19-00598-CR (Tex. App.—Dallas Aug. 10, 2021) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was unaware that his conviction had been affirmed and that he had a right to file a pro se petition for discretionary review. Based on the record, the trial court has determined that Applicant was denied his right to file a pro se petition for discretionary review through no fault of his own.

Relief is granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). Applicant may file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in cause number 05-19-00598-CR. Should Applicant decide to file a petition for discretionary review, he must file it with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: June 7, 2023
Do not publish